UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-00632

| | |
|---|---|
| HOLLY GONZALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FAMILY FIRST HOME HEALTH CARE, INC., | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Holly Gonzales, by counsel, dismisses this matter without prejudice.

Respectfully submitted this 8th day of February 2022.

/s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Ste. 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
Email: phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Corey M. Stanton, hereby certify that I have this day served the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** via U.S. Mail to the following:

Family First Home Health Care, Inc.
c/o Registered Agent Marion Jones
1120 Union Road, Suite C
Gastonia, NC 28054


Dated this the 8th day of February 2022.

/s/ Corey M. Stanton
Corey M. Stanton

*Attorney for Plaintiff*